UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MARQUES JOHNSON,

       Plaintiff,

v.

CAPITAL ONE FINANCIAL
CORPORATION,

       Defendant.

Case No. 25-cv-10737
Hon. Matthew F. Leitman

_____/

## ORDER DISMISSING CASE

Pursuant to the Motions for Voluntary Dismissal Without Prejudice by

Plaintiff, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  February 12, 2026

I hereby certify that a copy of the foregoing document was served upon the
parties and/or counsel of record on February 12, 2026, by electronic means and/or
ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126